Rachel LYTLE, f/k/a Rachel Ellerman, individually and as next friend of Carl H. Lytle, Jr., a minor, Petitioner,

v.

ANCO CONSTRUCTION COMPANY, LTD., a Colorado corporation, Respondent.

No. 88SC224.

Supreme Court of Colorado.

Oct. 6, 1988.

### ORDER OF COURT

Upon consideration of the Stipulated Motion for Dismissal of Appeal filed in the above cause, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that said Motion shall be, and the same hereby is, GRANTED and the above captioned appeal be dismissed with each party to pay his own costs.